FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMARKUS R. HORNE, NINA HORNE, JACKIE BROWN, DONNA BROWN, OLA ELDER JOHNSON, MICHAEL T. JOHNSON, ANITA JORDAN, LAUNDRA MARTIN, AL LEE BUTTS, VERONICA R. PITTS, LISA ELLIS- BLADES, RITA HENIGAN, ROHAN POWELL, LAQUINTA HUTCHINS, TABITHA HUNTER, JAMES HUNTER, GERRY WHITE, ZACHARY ANDERSON, JACKIE BARBER, ITHAMAR YEHUDAH, TONYA TATE, and DECARLOS BUTTS, <br><br> Plaintiffs, <br><br> vs. <br><br> HARBOUR PORTFOLIO VI, LP, HARBOUR PORTFOLIO VII, LP, NATIONAL ASSET ADVISORS, LLC, CWAM II, LLC, INVESTMENT TRADING & DEVELOPMENT, THE BRADY IMPACT TRUST, C/O WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE; JCT CAPITAL, LLC, HAMILTON GREEN CREST FUND I, L.P., BAWLD GUY NOTE INVESTMENT GROUP I, LLC, ROCKTOP PARTNERS I, LP, REDSTICK ACQUISITIONS LLC, BLUE INVESTMENT GROUP, LLC, and ORANGE CAPITAL FUNDING LLC, <br><br> Defendants. | No. 1:17-CV-954-RWS |

## CONSENT ORDER GRANTING JOINT MOTION TO EXTEND TIME

WHEREAS, the Joint Motion to Extend Time for Defendant Redstick Acquisitions, LLC to File Answer having been properly filed for good cause pursuant to Fed. R. Civ. P. 6(b)(1); and,

WHEREAS, counsel for the Plaintiffs and counsel for Defendant Redstick Acquisitions, LLC, have jointly requested that Redstick Acquisitions, LLC's deadline to file its Answer to Plaintiff's Third Amended Complaint be extended through and including July 9, 2018.

WHEREFORE IT IS CONSIDERED, ORDERED, AND ADJUDGED that the time for Redstick Acquisitions, LLC to file its Answer to the Third Amended Complaint be extended through and including Monday, July 9, 2018.

SO ORDERED, 29th day of June, 2018.

_____
RICHARD W. STORY
UNITED STATES MAGISTRATE JUDGE

**CONSENTED TO BY:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Redstick Acquisitions, LLC*

*/s/ Sarah Bolling Mancini*
SARAH BOLLING MANCINI
*(w/ express permission by BJC)*
Georgia Bar No. 319930
Kristen E. Tullos
Georgia Bar No. 941093
246 Sycamore Street, Suite 120
Decatur, GA 30030
(770) 817-7517 (Telephone)
(770) 817-7534 (Facsimile)
sbmancini@atlantalegalaid.org

*Attorneys for Plaintiff*

3